The final case scheduled for argument this morning is number 21-843 Helwing v. City of New York. City of New York is on submission and Mr. Helwing, are you with us? I am here. Very good. Good morning. Mr. Helwing, excuse me, but will you be on video or audio only? I opened the video already. I don't know. So this is the streaming. All right. We see you now. Thank you very much. You may proceed. Please proceed. Okay. We meet together because I will explain the evidences which one I show for the I attach it to the case and to get the answer which one I cannot do in writing because of the very difficult and dangerous situation, life situation for me and for my loved ones. This case, maybe I start from the beginning and then later we're going through. Be careful of your time. Be careful of your time. We were eager to hear your arguments about why the district court was wrong and what it did. Okay. So it's like this. This case is a result of the overtime case which we began in 2009 with the class action council and the group of the co-workers with who are working for some company on the New York City, the name at East Coast Restoration. But you know what, the few companies there, they make the fraud, they cash in our checks, they not pay for us the hours and other times. That's the reason why this class action on the 2009 was begin. And because of this case and because I am a rep of this case, of this overtime case, many harassments against me was made by the exactly mafia guys because Przeniczny, Sobolewski, this is the people who are connected directly to the Italian mafia and unfortunately what I found it last few years, Przeniczny was a former Polish KGB agent. So that's the reason why the situation so. Mr. Helwig, the reason the district court dismissed many of these things was that it was not timely, not the merits of what happened. So, you know, before us the issue there is one of timeliness. Could you address that? Because we're timely even if the merits are there. Yes, Your Honor, but what we mean about the timely, if I submitted, for example, on the March 2020, when soon when the pandemic was begun, that was March like the March 20, the letter to the court of the Eastern District about the Sobolewski new address because pandemic was begun. I asked the judge and the court about this, about the extended of it because it was a pandemic starting and this letter wasn't even attached to the case in the time when I get the proof, so the post office delivered this to the court. That's just an example. For example, I say that about this on the hearing which one happened on the beginning of the April 2020 to the judge Matsumoto and the court reported what's happened on both these cases throttling my talk which one said so I sent this letter and why is not in attention of the judge this letter and why the Sobolewski was removed from the case on the 2020 on the beginning soon after the pandemic was began. Second thing, the Przeniczny, you know what, is a situation like the attorney of the Przeniczny said so the another attorney gonna care about the case because Przeniczny passed over on the January 2020 and his wife who I would like to add to the case because she was very active you know to harass me was represented about the allegedly represented about the attorney which one Mr. Diodario who is the attorney of the Przeniczny designed it. When I call to this attorney, this attorney say so he not represented the Przeniczny, he not represented anybody of his family and he don't want to get anything in touch with this case. After a few months something happens and they make it they talk together and they send some letters to the court which one they even not sent to me so I don't even know so that's happened and the judge say so the Przeniczny is removed from the case because of the time. What kind of the time and who represented him if the attorney is lying and give it to me the false descriptions but judge doesn't care about this because he said this is a bias, this is strictly bias and proceeding to swipe this case under the carpet. Same happened with the city, the case is similar, how I can obtain any help, anything you know much during the beginning of the pandemic. We all remember what's happened on the March, April or May 2020, everything was closed and that's the time when they swipe this and when they remove the case. Thank you Mr. Helwing. Your time has expired, we have your papers and we'll review them carefully and we will issue our decision. We've looked at the district court decision and looked at your submissions as well. We appreciate your argument. Yes, please take a look at the papers, second case too you know because we prove it how this works you know that's conspiracy. You know what Mr. Przeniczny is the owner of the two houses which for which one he did not get the money after the Joseph Massino, the major boss of the Italian mafia. You can see that on the accuracy. Mr. Helwing, thank you, thank you very much. You know we have some certain limitations on what we can do as an appeals court. We look to what the district court did and we look to see if there are errors there. So we'll do that and we hear you've been upset and frustrated and we'll keep that into consideration as we review the merits of the case and we'll issue a decision. Thank you very much for your argument. Thank you so much, have a great day for everybody. You too, thank you very much. That concludes our arguments this morning, the clerk will please adjourn court. Thank you. Court stands adjourned. Thank you, Judas, I'll transfer you. Thank you, Maria. Yeah, I don't know what's up. I have some questions. I'm sorry Mr. Helwins, the meeting ended now. Is there anything I can help you with? Hold on a second, please. Yes, yes.